**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-03247-REB-AP
(Bankruptcy Case No. 13-22392-SBB Chapter 7)

In re: LARRY IVAN BEHRENDS,

    Debtor.

Adversary No. 13-1613-SBB

VIRGINIA COOLEY-LINDER,
COOLEY-LINDER'S RETAIL PROPERTY, LLC,
VIRGINIA C. LINDER AND DARRELL F. LINDER, LLC,
COOLEY LINDER'S FRENCH QUARTER, LLC,,

    Plaintiff - Appellee,

v.

LARRY IVAN BEHRENDS,

    Defendant - Appellant.

## FINAL JUDGMENT

This **Final Judgment** is entered pursuant to Fed. R. Civ. P. 58(a) and in accordance with the **Order Affirming Order of the United States Bankruptcy Court** [#31] entered by Judge Robert E. Blackburn on September 30, 2015, which order is incorporated herein by this reference.

**THEREFORE, IT IS ORDERED** that the **Order Granting Plaintiffs' Motion for Summary Judgment and Denying Debtor's Cross-Motions for Summary Judgment** entered by the United States Bankruptcy Court for the District of Colorado on October

24, 2014, in Adversary Proceeding No. 13-1613-SBB is affirmed.

DATED at Denver, Colorado, this 30th day of September, 2015.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By: s/ Kathleen Finney
　　　Kathleen Finney
　　　Deputy Clerk